IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ADOLFO MARQUEZ, | : | HONORABLE JEROME B. SIMANDLE |
| Plaintiff, | : | CIVIL NO. 10-0463 (JBS) |
| v. | : | |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | : | **ORDER** |
| Defendant. | : | |

This matter having come before the Court upon Plaintiff Adolfo Marquez's application to review the final decision of the Commissioner of Social Security Administration denying his application for Disability Insurance Benefits under Title II of the Social Security Act; this Court having considered the record and the submissions of the parties; for the reasons stated in the Opinion of today's date; and for good cause shown;

IT IS this **4th** day of **March**, 2011 hereby

**ORDERED** that Plaintiff's appeal be, and hereby is **DENIED**; and

**IT IS FURTHER ORDERED** that the final decision of the Commissioner be, and hereby is, **AFFIRMED**.

**s/ Jerome B. Simandle**
JEROME B. SIMANDLE
United States District Judge